ORIGINAL

Priority Send ☒
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only



FILED
CLERK, U.S. DISTRICT COURT
AUG 16 2004
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| JOHN LEE, | CV 02-01210 TJH (FMOx) |
| Plaintiff, | |
| v. | |
| EQUIFAX, *et al.*, | Order |
| Defendants. | |

The Court has considered Plaintiff's motion to file a second amended complaint, together with the moving and opposing papers.

**It is Ordered** that the motion be, and hereby is, **Denied**.

Date: August 16, 2004

_____
Terry J. Hatter, Jr.
United States District Judge

DOCKETED ON CM
AUG 18 2004
BY ___ 007

293