ORIGINAL

CLERK, U.S. DISTRICT COURT
SEP 9 2004
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
SEP 16 2004
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JOHN LEE

Plaintiff(s),

v.

EQUIFAX, et al

Defendant(s).

Priority ☒
Send ☒
Enter
Closed
JS-6 ☒
JS-2/JS-3
Scan Only

CASE NUMBER

CV 02-1210-TJH(FMOx)

NOTICE OF DISMISSAL PURSUANT
RULE 41(a) or (c) F.R.Civ.P.

PLEASE TAKE NOTICE: (Check one)

☒ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____

_____ is (are) dismissed from

(Circle one) Complaint, Counterclaim, Cross-claim, Third-Party Claim

brought by _____ .

The dismissal is made pursuant to Rule 41(a) or (c) of the Federal Rules of Civil Procedure.

DOCKETED ON CM
SEP 17 2004
BY _____ 006

DATED: September 8, 2004

Signature of Attorney/Party
JOHN H. LEE, Pro Se

NOTE: F.R.Civ.P. 41(a): THIS NOTICE MAY BE FILED AT ANY TIME BEFORE SERVICE BY THE ADVERSE PARTY OF AN ANSWER OR OF A MOTION FOR SUMMARY JUDGMENT, WHICHEVER FIRST OCCURS.

F.R.Civ.P. 41(c): COUNTERCLAIMS, CROSS-CLAIMS & THIRD-PARTY CLAIMS MAY BE DISMISSED BEFORE SERVICE OF A RESPONSIVE PLEADING OR PRIOR TO THE BEGINNING OF TRIAL.

IT IS SO ORDERED
Dated 9/15/04

300

Terry J. Hatter Jr.
United States District Judge

CV-9 (7/01)   NOTICE OF DISMISSAL PURSUANT TO F.R.Civ.P. 41(a) or (c)

## DECLARATION OF SERVICE BY MAIL

I, Geun S Lee, declare:

I reside in the County of Los Angeles, I am over the age of eighteen and not a party to this action. My business address is 827 S. Manhattan Pl #318 Los Angeles, CA 90005

On September 8, 2004 I served on the interested parties in this action the following described documents:

### NOTICE OF DISMISSAL

by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid and depositing the same in the United States mail in the City of Los Angeles, which envelope was addressed as follows and or by facsimile transmission:

Jack D. Hull, Esq,
Goldsmith & Hull,
16000 Ventura Blvd #900
Encino, Ca 91436

J. Anthony Love, Esq
1100 Peachtree St #2800,
Atlanta, GA 30809

Donald E. Bradley, Esq
3 Park Plaza, 20th Floor,
Irvine, CA 92614
Att. for Trans Union

Wayne S. Bassist, Esq
2600 Michel son Dr. #870,
Irvine, CA 92612
Att. for ECMC

Deborah E. Yim, Esq,
601 S. Figueroa St. #2400
Los Angeles, CA 90017-5704
*Attorney for B/A.*

Household Credit Service/Orchard Bank
PO BOX 81622
Salinas, CA 93912-1622

ACS Corporation
2277 E. 220th Street,
Long Beach, CA 90810-1690

Hypnosis Motivation Institute
18607 Ventura Blvd
Tarzana, CA 91356

I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct.

Dated: September 8, 2004

BY: _____
Geun S. Lee